COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re United Engineers, Inc.

Appellate case number:    01-22-00493-CV

Trial court case number:   2020-13994

Trial court:                189th District Court of Harris County

On July 7, 2022, relator, United Engineers, Inc., filed a petition for writ of mandamus challenging two trial court orders, including: (1) a January 4, 2022 "Order Granting In Part Plaintiff's Traditional Motion for Partial Summary Judgment," and (2) a January 24, 2022 "Order Denying [Relator's] Motion for Reconsideration of the [Trial] Court's Order Granting A Partial Summary Judgment as to the 'Voiding' of the 2019 Contract."

The Court requests a response to the petition for a writ of mandamus from real party in interest, Byers Engineering Company. **The response if any, is due no later than twenty days from the date of this order**.

It is so ORDERED.

Judge's signature:      _____/s/ Amparo Guerra_____
                         ☑ Acting individually    ☐ Acting for the Court

Date:   ___July 14, 2022_____